No. 277, Misc.   MAHONEY *v.* BOWLES ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Andrew W. Carroll* for petitioner.   *Vernon E. West, Chester H. Gray* and *Hubert B. Pair* for the District of Columbia; and *Cornelius Doherty* for Bowles, respondents.

No. 298, Misc.   GLENN, ADMINISTRATRIX, *v.* ATLANTIC COAST LINE RAILROAD Co.   C. A. 4th Cir.   Certiorari denied.   *Henry Hammer* for petitioner.

No. 299, Misc.   OBIE *v.* INDIANA.   Supreme Court of Indiana.   Certiorari denied.   *Tyrah Ernest Maholm* for petitioner.

No. 304, Misc.   FINK *v.* MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.

No. 314, Misc.   BRENNAN *v.* UNITED STATES.   Court of Claims.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cummings, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for the United States.

No. 315, Misc.   DE LORENZO *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 321, Misc.   SCOTT *v.* BABB, SHERIFF, ET AL.   C. A. 7th Cir.   Certiorari denied.   *Herbert M. Wetzel* for petitioner.   *Melvin F. Wingersky* for respondents.

No. 325, Misc.   GADSDEN *v.* UNITED STATES.   Court of Claims.   Certiorari denied.   Petitioner *pro se.*   *Solici-*